# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00337-CV

**Texas Farmers Insurance Company, Appellant**

**v.**

**The Attorney General of Texas and The Commissioner of Insurance, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
NO. D-1-GN-09-000350, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss its appeal. Appellant states that the parties have resolved the case through settlement. Appellant certifies that it has conferred with appellees The Attorney General of Texas and The Commissioner of Insurance and that they do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:  October 14, 2014